UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ISRAEL ROBLES LIRA,                                :
                                                   :        **No. 25 Civ. 6533 (KPF)**
                                Plaintiff,          :
                                                   :
          -against-                                :
                                                   :
PIZZA 36 ST MARKS LLC d/b/a CELLO'S PIZZA           :        **JUDGMENT**
and LARRY KRAMER,                                  :
                                Defendants.         :
------------------------------------------------------------------------ X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68

having been filed by Plaintiff Israel Robles Lira ("Plaintiff") on February 5, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor

of Plaintiff and against Defendants Pizza 36 St Marks LLC d/b/a Cello's Pizza and Larry

Kramer, jointly and severally, in the amount of $12,000.00, inclusive of attorneys' fees and

costs, in full and final resolution of all of Plaintiff's claims in this action.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining

dates, and close this case.

Dated: February 6, 2026                    **SO ORDERED:**

New York, New York

_____
HON. Katherine Polk Failla
United States District Judge